[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 20-14763

Non-Argument Calendar

_____

ENDURANCE AMERICAN SPECIALTY
INSURANCE COMPANY,
a foreign corporation, individually as
Subrogee of Comegys Insurance
Agency, Inc.,

                                        Plaintiff-Appellant,

versus

LIBERTY MUTUAL INSURANCE COMPANY,
a foreign corporation,
SAFECO INSURANCE COMPANY OF
ILLINOIS,
SAFECO INSURANCE COMPANY OF

2                    Opinion of the Court                    20-14763

AMERICA,

                                            Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:17-cv-02832-VMC-CPT

_____

Before JILL PRYOR, LUCK, and TJOFLAT, Circuit Judges.

PER CURIAM:

This is an appeal by Endurance, Comegys' errors and omissions insurer, for attorneys' fees based on a judgment in its favor below against Safeco. Endurance raises arguments on appeal as to why it is entitled to attorneys' fees based on an indemnification agreement between Safeco and Comegys. Safeco rebuts these arguments by pointing out that, among other things, Endurance's post-judgment motion for fees would be moot if Safeco won on appeal in Case No. 19-14664, the companion case that reviewed the merits of the judgment below regarding an indemnification agreement between Safeco and Comegys. And Safeco did win its appeal in Case No. 19-14664. So, Endurance may not seek attorneys' fees on appeal.

**AFFIRMED.**